IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW WIGGINS,

    Plaintiff,

v.                                                    No. 1:21-cv-00670-KWR-KBM

T. HATCH, *et al*,

    Defendants.

## ORDER DENYING IN FORMA PAUPERIS RELIEF

**THIS MATTER** is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 4, supplemented by Doc. 6). He seeks to prosecute his Prisoner Civil Rights Complaint without prepaying the $402 filing fee. The Court may only grant such relief where an inmate's "affidavit [and] … statement of … assets [demonstrates] that the [inmate] is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff's financial statement reflects he has $1,070.97 in his inmate spending account. (Doc. 6 at 4). The Court will therefore deny the Motion. If Plaintiff wishes to prosecute this action, he must prepay the $402 filing fee within thirty (30) days of entry of this Order. The failure to timely comply will result in the dismissal of this action without prejudice.

**IT IS ORDERED** that Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 4, supplemented by Doc. 6) is **DENIED**; and Plaintiff shall prepay the $402 filing fee within thirty (30) days from entry of this Order.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**