IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW WIGGINS,

    Plaintiff,

v.                                                                                         No. 1:21-cv-00670-KWR-KBM

T. HATCH, *et al*,

    Defendants.

## FINAL JUDGMENT

**PURSUANT** to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal (Doc. 10) filed on **October 12, 2021**, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                                                **KEA W. RIGGS**
                                                **UNITED STATES DISTRICT JUDGE**