IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MATTHEW WIGGINS,

    Plaintiff,

v.                                                          No. 1:21-cv-0670 KWR/DLM

T. HATCH, Warden, *et al.*,

    Defendants.

                                                        *Consolidated with* No. 1:22-cv-0279-KWR/DLM

MATTHEW WIGGINS,

    Plaintiff,

v.

FNU LNU, *et al*.,

    Defendants.

## ORDER TO SEAL

**THIS MATTER** comes before the Court on Defendant's Motion to Seal. (Doc. 67.) Having considered the motion, the Court finds it should be GRANTED. The Court notes, however, that to the extent the Defendants rely on sealed documents in a future dispositive motion, Plaintiff will be entitled to review them, and the Court will have to determine the most appropriate method for him to do so.

    **IS IT THEREFORE ORDERED** that the following NMCD documents and policies pertinent to this matter are sealed:

1. NMCD-0001 – NMCD-0293;

2.  Defendants may redact from the public and Mr. Wiggins references to information in the documents that are the subject of this Order from the forthcoming *Martinez* Report; and

3.  Defendants may file under seal information protected under HIPAA.

**IT IS FURTHER ORDERED** that access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE